# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | Chapter 13 |
| JOYCE B. JACKSON | : | |
| | : | Case No. 19-13119-AMC |
| Debtor. | : | |

## O R D E R

AND NOW, upon consideration of the Motion for Relief from Stay filed by Santander Bank, N.A., and any responses and exhibits thereto, and after notice and an opportunity to be heard, it is hereby

ORDERED that the Motion for Relief from Stay is DENIED.


FURTHER ORDERED

BY THE COURT:

Date: _____

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE